No. 87–573.   UNITED STATES *v.* TAYLOR.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–5428.   HOUSTON *v.* LACK, WARDEN.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 86–833.   DESCHAMBAULT ET AL. *v.* SOWELL.   C. A. 11th Cir.   Certiorari denied.

No. 86–862.   POTTS ET AL. *v.* HEATHCOAT, ADMINISTRATRIX FOR THE ESTATE OF HEATHCOAT.   C. A. 11th Cir.   Certiorari denied.

No. 87–413.   HUGHES ET AL. *v.* OHSE.   C. A. 7th Cir.   Certiorari denied.

No. 87–492.   COLLYER *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 87–502.   ARCO OIL & GAS CO. *v.* WILLISTON BASIN INTERSTATE PIPELINE CO. ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–515.   UMC ELECTRONICS CO. *v.* UNITED STATES. C. A. Fed. Cir.   Certiorari denied.

No. 87–529.   POLAKOF ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 87–535.   DEBOCK *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 87–570.   COLAFELLA ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–613.   BRODY, JUDGE, UNITED STATES BANKRUPTCY COURT *v.* GUERCIO.   C. A. 6th Cir.   Certiorari denied.

No. 87–643.   REPP *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.